UNITED STATES COURT DISTRICT OF EASTERN VIRIGINIA



Kay Sieverding
641 Basswood Ave.
Verona, WI 53593
608 848 5721
608 320 5243
kaysieverding@aol.com

1:11cv 732 TSE/IDD

v.

United States Marshals Service

Serve:
Attorney General of the United States
Main Justice Building
10th & Constitution Ave, NW
Washington, DC 20530

Serve:
United States Marshals Service Office of General Counsel
United States Department of Justice
1750 Crystal Drive
Arlington VA 22202

Freedom of Information Act Petition

1. There is jurisdiction in Eastern Virginia under the Freedom of Information Act because that is where the offices of the United States Marshals Service (USMS) are and petitioner is seeking USMS records.

2. Petitioner is a citizen. The United States Marshals Service is a component of the Department of Justice.

3. The FOIPA office of the USMS notified petitioner on 3/24/2011 that it would no longer respond to questions and had already released all records. (Exhibit A)

1

4. On 6/28/2011, after the 3/24/2011 letter, the FBI released the attached letter showing that the Arlington, VA office of the USMS had entered a notice of a warrant for arrest of self for "obstruction of court order" into the NCIC system. (Exhibit B)

5. That information was not previously released so there is a conflict between the FBI FOIPA information and the USMS FOIPA information.

6. Petitioner was detained for "obstruction of court order" in Western Wisconsin by the USMS in 2006-2007. (Exhibit C)

7. The USMS also released a document in 2007 showing that petitioner was wanted for an unidentified felony. (Exhibit D)

8. **Demand:** Under the authority of the Freedom of Information Act petitioner requests:

(i) Warrant for arrest of self for "obstruction of court order" in 2006-2007.

(ii) Screen image or printout of warrant for arrest of self for "obstruction of court order" that was entered into the Warrant Information Network in 2006-2007 and corresponds to the attached 2007 NCIC record.

(iii) Warrant for arrest of self for a "felony" in 2007 that corresponds to the attached 2007 USMS.

(iv) Any other screen images or printouts regarding self entered into the Warrant Information Network in 2005-2007.

Respectfully

*Kay Sieverding*

Kay Sieverding 7/8/2011
641 Basswood Ave. Verona WI 53593 608 848 5721, 608 320 5243,
kaysieverding@aol.com

2