# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| KAY SIEVERDING, | |
| PLAINTIFF, | |
| v. | |
| UNITED STATES MARSHALS SERVICE, | CIVIL ACTION NO. 11-cv-732 (TSE/IDD) |
| DEFENDANT. | |

### NOTICE TO PRO SE PLAINTIFF

Pursuant to Local Civil Rule 7(K), Plaintiff is advised that she has the right to file a response opposing Defendant's Motion for Summary Judgment. Failure to respond may result in the relief requested in the motion being granted.

Plaintiff's response must identify all facts stated by Defendant with which Plaintiff disagrees and must set forth her version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a statement that it is filed under penalty of perjury).

Plaintiff may also file a legal brief in opposition to the one filed by Defendant. Unless the Court orders otherwise, Plaintiff's response must be filed, and a copy provided to Defendant's counsel, within twenty-one (21) days of the date that the Defendant's motion is filed.

Date:   August 17, 2011

        Respectfully submitted,
        NEIL MacBRIDE
        United States Attorney

By:    _____/s/_____
        Leslie Gardner
        Special Assistant United States Attorney
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia  22314
        Telephone: (703) 299-3831
        Facsimile: (703) 299-3983
        Email: leslie.m.gardner@usdoj.gov
        *Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and will send via first class mail, postage prepaid, a copy of such filing to the following pro se plaintiff:

Kay Sieverding<br>
641 Basswood Avenue<br>
Verona, WI  53593

_____/s/_____
Leslie Gardner
Special Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia  22314
Telephone: (703) 299-3831
Facsimile: (703) 299-3983
Email: leslie.m.gardner@usdoj.gov
*Counsel for the Defendant*